RAMSPECK, executor, v. HEALEY.

102　583
Case 1
114　657

FISH, J. This case, upon its facts and the law thereto applicable, is controlled by the decision of this court in *Leitch & Stubbs* v. *May*, 98 *Ga.* 714.

*Judgment affirmed.* *All the Justices concurring.*

Submitted June 5, — Decided July 27, 1897.

Levy and claim. Before Judge Lumpkin. Fulton superior court. September term, 1896.

*J. Howell Green*, for plaintiff.
*Dorsey, Brewster & Howell*, contra.

---

## ENGLISH & COMPANY v. THORN.

LUMPKIN, P. J. The court correctly construed the written contract involved in the present case; there was no error in the charges complained of, and the evidence would have warranted the jury in finding even a larger amount against the plaintiffs in error than that expressed in the verdict which they bring to this court for review.

*Judgment affirmed.* *All the Justices concurring.*

Argued June 7, — Decided July 27, 1897.

Equitable petition. Before Judge Lumpkin. Fulton superior court. September term, 1896.

*Anderson, Felder & Davis*, for plaintiffs.
*John L. Hopkins & Sons*, for defendant.

---

## McDOWELL v. McDOWELL.

ATKINSON, J. There was no abuse of discretion in the present case. The judgment of the court is accordingly affirmed.

*Judgment affirmed.* *All the Justices concurring.*

Argued June 29, — Decided July 27, 1897.

Alimony. Before Judge Lumpkin. Fulton county. May 15, 1897.

*Reed & Hartsfield* and *C. D. Hill*, for plaintiff in error.
*Arnold & Arnold*, contra.